**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

**MEMO ENDORSED**

May 22, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/22/2026

By ECF
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***Jorge Javier Pilamunga Samaniego v. Judith Almodovar, et. al,*** **No. 26 Civ. 4249 (VEC)**

Dear Judge Caproni:

This Office represents the government in the above-referenced immigration habeas corpus action brought by Petitioner Jorge Javier Pilamunga Samaniego, a noncitizen challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"). On May 21, 2026, the Court issued an order directing the government to file a letter responding to certain questions by May 22, 2026 at 12:00 p.m. ECF No. 2. I write respectfully to provide that response.

**A. Whether Petitioner was located in the Southern District of New York at the time that the Petition was filed;**

Yes, Petitioner was present in the Southern District of New York at the time the habeas petition was filed, and so venue is proper in this District.

**B. Petitioner's A-number and current place of detention;**

Petitioner's A number is 213 162 542. He is currently detained at Delaney Hall in Newark, NJ.

**C. The statutory provision(s) under which Respondents assert the authority to detain Petitioner;**

The government asserts that Petitioner is detained under 8 U.S.C. § 1231.

**D. Whether there is (1) any reason *Ricardo Aparecido Barbosa da Cunha v. Freden*, No. 25-3141 (2d Cir. Apr. 28, 2026), does not govern this case or (2) any basis to distinguish this case from *Quispe-Sulcaray v. Noem et al.*, No. 25 Civ. 9908 (VEC), or *Pastuna Pastuna v. Francis et al.*, No. 26 Civ. 398 (VEC). If not, whether Respondents would consent to issuance of the writ, subject to preservation for Respondents' arguments for appeal. If there is a basis to distinguish this case, whether Respondents waive the right to submit an answer and consent to issuance of the writ, subject to preservation of Respondents' arguments for appeal.**

The Second Circuit's decision in *Barbosa da Cunha* and the Court's decisions in *Quispe-Sulcaray* and *Pastuna Pastuna* are not implicated here, as ICE arrested Petitioner on May 20, 2026, and detained him under 8 U.S.C. § 1231. *Barbosa da Cunha* and *Quispe-Sulcaray* concerned challenges to ICE's detention of noncitizens under 8 U.S.C. § 1225(b)(2)(A) and *Pastuna Pastuna* concerned a challenge to ICE's detention pursuant to § 1225(b)(1)(B). These cases did not involve ICE's detention authority pursuant to 8 U.S.C. § 1231. Respondents' position is that Petitioner is properly detained under 8 U.S.C. § 1231, and Respondents therefore do not consent to issuance of the writ.

**E. A copy of any final order of removal;**

The final removal order, issued on July 26, 2024, is attached.

**F. Any information regarding the procedural posture of any pending department of Homeland Security or Executive Office for Immigration Review proceedings;**

Petitioner was arrested by ICE on May 20, 2026 pursuant to the final order of removal.

**G. The parties' proposed briefing schedule and request to cancel the conference scheduled for May 22, 2026 at 2:00 p.m.**

Pursuant to the Court's May 21, 2026 Order (ECF No. 2), the parties have conferred and propose the following briefing schedule:

May 27, 2026: Deadline for Respondents' Opposition to the Petition
June 1, 2026: Deadline for Petitioner's Reply

There are no additional matters that the parties wish to discuss in-person with the Court. Accordingly, the parties respectfully request that the Court cancel the conference scheduled for May 22, 2026 at 2:00 p.m.

* * *

I thank the Court for its consideration of this submission.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ *Jonaki M. Singh*
JONAKI M. SINGH
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2785
E-mail: jonaki.singh@usdoj.gov

cc: Counsel of Record (by ECF)

The conference scheduled for 2 p.m. on Friday, May 22, 2026, is now canceled.

Respondent's opposition is due **no later than Wednesday. May 27, 2026**.
Petitioner's reply is due **no later than Monday, June 1, 2026**.

SO ORDERED. 5/22/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE