UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

<table>
<tr><td>

JORGE JAVIER PILAMUNGA
SAMANIEGO,

                 Petitioner,

       -against-

JUDITH ALMODOVAR, Acting Director of
the New York City Field Office of Immigration
and Customs Enforcement;
MARKWAYNE MULLIN, Secretary of the
Department of Homeland Security;
and TODD BLANCHE, Acting Attorney
General, in their official capacities,

                 Respondents.

</td><td>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2026

26-CV-4249 (VEC)

ORDER

</td></tr>
</table>

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties have represented to the Court that Petitioner has had a Motion to

Reopen the *in absentia* Removal Order pending in Immigration Court since April 14, 2025,

*see* Dkt. 7 ¶ 17; Dkt. 9 at 2.

    IT IS HEREBY ORDERED that the parties must inform the Court within one week of the

Immigration Court's decision on that Motion.  The Court urges the Government's attorney to

urge its clients to urge the Immigration Court to promptly take action on that Motion.

**SO ORDERED.**

**Dated: June 9, 2026**
     **New York, New York**

                             **VALERIE CAPRONI**
                        **United States District Judge**