**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 30, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/2026

By ECF
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***Jorge Javier Pilamunga Samaniego v. Judith Almodovar, et. al,* No. 26 Civ. 4249 (VEC)**

Dear Judge Caproni:

This Office represents the government in the above-referenced immigration habeas corpus action brought by Petitioner Jorge Javier Pilamunga Samaniego, a noncitizen challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"). Pursuant to the Court's June 9, 2026 Order (ECF No. 10), I write to respectfully inform the Court that on June 23, 2026, the Immigration Judge denied Petitioner's motion to reopen his removal proceedings. A copy of the Immigration Judge's Order is attached hereto as Exhibit A.

I thank the Court for its consideration of this submission.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ *Jonaki M. Singh*
JONAKI M. SINGH
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2785
E-mail: jonaki.singh@usdoj.gov

cc: Counsel of Record (by ECF)

No later than **July 28, 2026**, Petitioner must inform the Court if he has appealed or will appeal the Immigration Judge's denial of his motion to reopen his removal proceedings.

SO ORDERED. 7/13/2026

Valerie Caproni

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE