**KERBEN LAW FIRM, P.C.**
80-02 Kew Gardens Road, Suite 307
Kew Gardens, New York 11415
Tel: (718) 255-8585 Fax: (718) 355-9394

**MEMO ENDORSED**

July 28, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/2026

**VIA ECF**
Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: Pilamunga Samaniego v. Almodovar, et al., No. 26-cv-04249(VEC)**

Dear Judge Caproni:

Petitioner respectfully submits this letter in response to the Court's July 13, 2026 Order directing Petitioner to advise the Court whether he has appealed or intends to appeal the Immigration Judge's denial of his motion to reopen his removal proceedings.

Petitioner has decided not to appeal the Immigration Judge's denial of his motion to reopen. Petitioner has further informed counsel that he wishes to depart the United States and no longer intends to pursue the relief sought in this habeas action.

Accordingly, Petitioner respectfully requests that the Court dismiss this action so that there is no impediment to Petitioner's departure from the United States and the Government may effectuate his removal or otherwise facilitate his departure as appropriate.

This action is now DISMISSED and provides no barrier to Petitioner's departure from the United States. The Clerk of Court is respectfully directed to close the case.

SO ORDERED. 7/29/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

By: /s/ Reuben S. Kerben, Esq.
Reuben S. Kerben, Esq.
Kerben Law Firm P.C.
80-02 New Gardens Rd.
Suite 307
Kew Gardens, NY 11415
Email: rk@klf.nyc

*Attorney for Petitioner*

*cc: All counsel of record via ECF.*