UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE JAVIER PILAMUNGA SAMANIEGO.,

Petitioner,

-against-

JUDITH ALMODOVAR, ACTING DIRECTOR OF THE NEW YORK CITY FIELD OFFICE OF IMMIGRATION AND CUSTOMS ENFORCEMENT; MARKWAYNE MULLIN, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; AND TODD BLANCHE, ACTING ATTORNEY GENERAL, IN THEIR OFFICIAL CAPACITIES.,

Respondents.

26 CIVIL 04249 (VEC)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memo Endorsement dated July 29, 2026, this action is now DISMISSED and provides no barrier to Petitioner's departure from the United States; accordingly, the case is closed.

**Dated:** New York, New York
July 31, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**